■ ROSABELL I. HAMILTON, Appellant, v BYRON C. HAMILTON, Respondent. (Appeal No. 1.) [827 NYS2d 906]—Appeal from an order of the Supreme Court, Allegany County (James E. Euken, A.J.), entered December 6, 2004. The order, among other things, granted the petition seeking a dissolution of a farm partnership pursuant to the terms of the partnership agreement.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.

■ ROSABELL I. HAMILTON, Appellant, v BYRON C. HAMILTON, Respondent. (Appeal No. 2.) [827 NYS2d 907]—Appeal from an order of the Supreme Court, Allegany County (James E. Euken, A.J.), entered October 14, 2005. The order granted plaintiff's request for a hearing to determine the assets subject to debt.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.

■ ROSABELL I. HAMILTON, Appellant, v BYRON C. HAMILTON, Respondent. (Appeal No. 3.) [828 NYS2d 226]—Appeal from a judgment of the Supreme Court, Allegany County (James E. Euken, A.J.), entered February 8, 2006. The judgment, among other things, determined plaintiff's share of the farm partnership.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.